# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
Maxwest Cell IMEI 354677100435574
Apple iPhone X assigned IMEI 353041096031700
Apple iPhone 6s assigned IMEI 353223102391266
Maxwest Cell serial number NT05R1910001178

)
)
)   Case No. 2:22-mj-717
)
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

located in the ___Southern___ District of ___Ohio___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201 | Kidnapping |
| 21 U.S.C. 846 | Conspiracy to Possess w/ Intent to Distribute & Distribute a Controlled Substance |
| [and others in affidavit] | [See Affidavit] |

The application is based on these facts:

See attached Affidavit, incorporated herein by reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Tisha M. Hartsough, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
Via FaceTime

Date: November 1, 2022

City and state: Newark, ~~XXXXX~~ ~~Columbus~~, Ohio

Elizabeth A. Preston Deavers
United States Magistrate Judge

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

- Maxwest Cellular Phone assigned IMEI 354677100435574
- Apple iPhone X assigned IMEI 353041096031700
- Apple iPhone 6s assigned IMEI 353223102391266
- Maxwest Cellular Phone assigned serial number NT05R1910001178

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Authorization is sought to search and seize the following, to the extent the following information constitutes evidence of violations of 18 U.S.C. § 1201 (Kidnapping), 18 U.S.C. § 924 (c)(1)(A)(ii) (Brandishing a Firearm During and in Relation to a Crime of Violence), and 21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute Cocaine): all information stored on the listed cellular telephones contained under Contacts, Call History, (including but not limited to Recent Calls Dialed, Recent Calls Received, Recent Calls Missed), messages stored in Voice Mail, messages stored in Text Mail Inbox, Text Mail Outbox, information contained within social media applications (e.g., Facebook, WhatsApp, Telegram), on the cellular phone, Emails, and Photographs. In summary, in the listed cellular telephones, any stored electronic communications and information contained therein to the extent such information constitutes evidence related to the above violations of federal law.

## AFFIDAVIT IN SUPPORT OF SEARCHES OF:

Maxwest Cellular Phone assigned IMEI 354677100435574
Apple iPhone X assigned IMEI 353041096031700
Apple iPhone 6s assigned IMEI 353223102391266
Maxwest Cellular Phone assigned serial number NT05R1910001178

I, Tisha M. Hartsough, a Special Agent with the Federal Bureau of Investigation, hereinafter referred to as the Affiant, being duly sworn, depose as follows:

### INTRODUCTION

1. I have been employed by the Federal Bureau of Investigation for approximately 21 years. I am assigned to the Columbus Resident Agency, Cincinnati Division, where I have investigated violations of many State and Federal laws, including crimes of violence, kidnapping, drug trafficking, money laundering, public corruption and civil rights and crimes related to terrorism. Relative to this affidavit, I have been trained to investigate and have directed and participated in numerous drug trafficking investigations, and I have been trained to investigate and negotiate hostage situations. Based upon my training and experience, my review of the evidence gathered by investigators assigned to this investigation, and the training and experience of those who are specifically trained to conduct digital forensic searches of cellular phones, there is probable cause to believe a secondary search of the phones found in the possession of RUBEN MEDINA and Victim No. 1 on July 11, 2020, will yield evidence of violations of: 18 U.S.C. § 1201 (Kidnapping); 18 U.S.C. § 924 (c)(1)(A)(ii) (Brandishing a Firearm During and in Relation to a Crime of Violence); and 21 U.S.C. §846 (Conspiracy to Distribute and Possess with Intent to Distribute Cocaine).

### PURPOSE OF AFFIDAVIT

2. The facts and information contained herein are based on my personal knowledge and experience and that of other law enforcement personnel with knowledge regarding the relevant facts and sources of information that have been proven reliable in this investigation. This affidavit is intended to show only that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter. This affidavit is being submitted in support of a search warrant for:

   a. Maxwest Cellular Phone assigned IMEI 354677100435574 (herein referred to as **Vehicle Maxwest**)

   b. Apple iPhone X assigned IMEI 353041096031700 (herein referred to as **Apple X**)

   c. Apple iPhone 6s assigned 353223102391266 (herein referred to as **Apple 6s**)

   d. Maxwest Cellular Phone assigned serial number NT05R1910001178 (herein referred to as **Residence Maxwest**)

1

## PROBABLE CAUSE

3.　In or around July 2020, the Federal Bureau of Investigation, along with the Columbus Police Department, participated in an investigation that led to the issuance of warrants on July 13, 2020, by United States Magistrate Judge Chelsey M. Vascura in the Southern District of Ohio for the arrest of RUBEN MEDINA for violations of 18 U.S.C. §1 201 (Kidnapping) and 18 U.S.C. § 924(c)(1)(A)(ii) (Brandishing a Firearm During and in Relation to a Crime of Violence), and the search of a silver Hyundai bearing Ohio license plate HWL3130, VIN KMHEC4A45CA055060 (herein referred to as the **Silver Hyundai**). The affidavit filed in support of the arrest and search under case number 2:20-mj-00479 is incorporated into this affidavit by reference.

4.　On July 11, 2020, Victim No. 1, who had been taken by MEDINA from the State of Ohio on or about July 8, 2020, was returned to his residence in Columbus, Ohio as the result of negotiations that are described in the affidavit incorporated by reference. Victim No. 1 carried a phone with him, the **Residence Maxwest,** into his residence that had been given to him by MEDINA so that MEDINA was able to contact Victim No. 1 to keep track of his whereabouts. Investigators met Victim No. 1 inside his residence immediately upon his return. Victim No. 1 had used the **Residence Maxwest** phone at the direction of MEDINA during the drive back to Ohio to contact his wife and an associate whom MEDINA believed would be paying the ransom for his return.

6.　On July 11, 2020, Victim No. 1 signed a consent to search the **Residence Maxwest** phone that was used by him and in his possession and control. The **Residence Maxwest** was forensically examined by FBI Special Agent Josh Saltar using technology that existed in July 2020. The examination yielded evidence that corroborated facts in this investigation.

7.　On July 13, 2020, pursuant to the above-described search warrant issued by Judge Vascura, investigators searched the **Silver Hyundai** bearing Ohio license plate HWL3130, VIN KMHEC4A45CA055060. Among other items, three cellular phones were recovered out of the passenger compartment of the vehicle: the **Apple 6s**, the **Apple X** and the **Vehicle Maxwest.** The phones were subsequently searched using digital forensic technology that existed in July 2020. Two of the phones, the **Apple 6s** and the **Apple X**, were forensically examined by Columbus Police Detective Wyatt Wilson. That examination yielded evidence that corroborated facts in this investigation. Forensic examiners at the Columbus Police Department and the Federal Bureau of Investigation were unable to examine the **Vehicle Maxwest** phone due to the lack of sufficient forensic cellular technology at the time.

8.　From my training and experience and the training and experience of those who are forensic examiners of cellular technology, I know that digital forensic technology has progressed since July 2020 and that the re-examination of cell phones using today's technology may yield data in addition to the results from examinations completed in 2020.

2

9. Forensic searches of the cell phones obtained in this investigation in or about July 2020, provided corroboration of significant facts and details. Based on the data obtained as a result of those forensic searches, interviews of the victim and witnesses in this investigation, and other data and records obtained by investigators, there is probable cause to believe that the current, more robust technology in the area of forensic cellular data recovery may yield additional evidence from the cell phones that are the subject of this affidavit, specifically:

    a. Maxwest Cellular Phone assigned IMEI 354677100435574 (herein referred to as **Vehicle Maxwest**)

    b. Apple iPhone X assigned IMEI 353041096031700 (herein referred to as **Apple X**)

    c. Apple iPhone 6s assigned 353223102391266 (herein referred to as **Apple 6s**)

    d. Maxwest Cellular Phone assigned serial number NT05R1910001178 (herein referred to as **Residence Maxwest**)

## CONCLUSION

10. Based on the foregoing facts, there is probable cause to believe a secondary search of the phones found in the possession of RUBEN MEDINA and Victim No. 1 on July 11, 2020 will yield evidence of violations of 18 U.S.C. § 1201 (Kidnapping); 18 U.S.C. § 924 (c)(1)(A)(ii) (Brandishing a Firearm During and in Relation to a Crime of Violence); and 21 U.S.C. §846 (Conspiracy to Distribute and Possess with Intent to Distribute Cocaine). I respectfully request that the warrant be issued.

Respectfully submitted,

Tisha M. Hartsough
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 1st day of November, 2022 at Newark, ~~XXXXXXX~~ ~~Columbus~~, Ohio.



Elizabeth A. Preston Deavers
United States Magistrate Judge